## DICKENSON V. THE STATE.
(Decided Feb. 2, 1911.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.

LEITH & GUNN,. for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

Per curiam. Dismissed by agreement.

---

## EX PARTE JOHNSON.
(Decided Dec. 19, 1910.)

Original petition in the Supreme Court.

C. E. O. TIMMERMAN, for petitioner. ALEXANDER M. GARBER, Attorney General, for the State.

Per curiam. Petition denied.

---

## EX PARTE JONES.
(Decided Feb. 2, 1911.)

Original petition in the Supreme Court.

RIDDLE, ELLIS, RIDDLE & PRUET, for petitioner. E. S. LYMAN, pro se.

Per curiam. Rule nisi denied.

---

## GOODWATER MANUFACTURING CO. V. HARDYTYNES MFG. CO.
(Decided Jan. 19, 1911.)

APPEAL from Coosa Circuit Court.

Heard before Hon. S. L. BREWER.

No counsel marked for appellant. JOHN A. DARDEN, for .appellee.

Per curiam. Affirmed on certificate.